UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CV-61217-ZLOCH/ROSENABAUM

OWEN HARTY, Individually,

       Plaintiff,

v.

CYPRESS RUN, LLC, a Florida
limited liability company,

       Defendant.
_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

    Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Stipulation for Settlement executed between the parties. The parties have stipulated in their agreement that the Court retain jurisdiction to enforce the terms and conditions of the Stipulation for Settlement.

| FRANK, WEINBERG, & BLACK, P.L. | THOMAS B. BACON, Attorney at Law |
|---|---|
| Attorneys for Defendant | Attorneys for Plaintiff |
| 7805 SW. 6th Court | 4868 S.W. 103rd Ave. |
| Plantation, Florida 33324 | Cooper City, FL 33328 |
| Telephone: (954) 474-8000 | Telephone: (954) 478-7811 |
| Facsimile: (954) 474-9850 | Facsimile: (954) 237-1990 |
| By: ___/s/ Robert T. Slatoff, Esq.___ | By: ___/s/ Thomas B. Bacon, Esq.___ |
|     Robert T. Slatoff, Esquire |     Thomas B. Bacon, Esquire |
|     Fla. Bar No. 816116 |     Fla. Bar No. 139262 |
| Dated: October 19, 2009 | Dated: October 19, 2009 |